UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80255-CIV-MARRA/JOHNSON

ZURICH AMERICAN INSURANCE COMPANY,
MAPEI INC., AND MAPEI CARIBE, INC.,

       Third-Party Plaintiffs,

BASF CORPORATION and
EMCO CHEMICAL DISTRIBUTORS, INC.,

       Third-Party Defendants.
_____/

## ORDER GRANTING SUMMARY JUDGMENT AND CLOSING CASE

This cause is before the Court upon the parties' Agreed Motion that the Court's Opinion and Order (DE 204) on BASF's Motion for Summary Judgment Extends to Defendant EMCO, filed on February 15, 2012.  On February 10, 2012, this Court granted summary judgment in favor of Third-Party Defendant BASF and against Plaintiffs (DE 204).  In light of the parties' agreed motion, it is hereby:

**ORDERED AND ADJUDGED** that the parties' Agreed Motion that the Court's Opinion and Order (DE 204) on BASF's Motion for Summary Judgment Extends to Defendant EMCO is **GRANTED**.

Judgment is hereby entered in favor of Third-Party Defendant EMCO Chemical Distributors, Inc. and against Plaintiffs Zurich American Insurance Company, Mapei, Inc., and Mapei Caribe, Inc.

Because there are no remaining issues for the Court to resolve, the Clerk of the Court is

**ORDERED** to **CLOSE** the case.  All pending motions are **DENIED AS MOOT**.

       **DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15th day of

February, 2012.

                                     _____

                                     KENNETH A. MARRA
                                     United States District Judge